UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THEODORE HAMILTON                                                              PLAINTIFF

v.                              No. 2:19-CV-02135

C R BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 23rd day of December, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE